NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUARDIAN MEDIA TECHNOLOGIES, LTD.,**
*Plaintiff-Appellant*

v.

**BEST BUY CO INC, COSTCO WHOLESALE CORP., SEARS ROEBUCK AND CO, TARGET CORP., WAL-MART STORES INC,**
*Defendants-Appellees*

**AMAZON.COM INC., RADIOSHACK CORPORATION,**
*Defendant*

---

2015-1627

---

Appeal from the United States District Court for the Central District of California in No. 2:13-cv-08369-PSG-PLA, Judge Philip S. Gutierrez.

---

**ON MOTION**

---

**O R D E R**

Guardian Media Technologies, Ltd. moves without opposition to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

**ISSUED AS A MANDATE:** September 11, 2015